UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **ROBERT EDDINGS**, on behalf of himself and others similarly situated, | ) ) ) | CASE NO. 1:17-cv-00362 |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| Plaintiff, | ) ) | |
| vs. | ) ) | **JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT** |
| **GENERAL ALUMINUM MANUFACTURING COMPANY**, | ) ) ) | |
| Defendant. | | |

Plaintiff, Robert Eddings ("Representative Plaintiff", "Class Representative", or "Plaintiff"), on behalf of himself and the Class Members and Defendant General Aluminum Manufacturing Company, ("Defendant" or "GAMCO") respectfully and jointly move the Court to enter a final order approving, as fair, reasonable, and adequate, the Settlement of this class action pursuant to Fed. R. Civ. P. 23(e), and the proposed distribution of settlement proceeds to Plaintiff and the Class Members as set forth in the Table of Individual Payments, which is set forth as Exhibit A to the Parties settlement agreement. (Doc. #16-1, pp. 101-107). A proposed Final Order and Judgment is attached as **Exhibit 1**.

On November 28, 2017, the Parties filed their Joint Motion for Preliminary Approval. The Court entered its Order Granting Preliminary Approval of Settlement on December 15, 2017. Based on that Order, the notice process has been completed, and distributions to the Representative Plaintiff and the Class Members have been calculated. *See*, Declaration of Jeffrey J. Mitchell, attached as **Exhibit 2**. The Fairness Hearing is scheduled for April 19, 2018.

The Settlement resolves bona fide disputes involving alleged overtime violations under the Fair Labor Standard Act of 1937 and the Ohio Minimum Fair Wage Standards Act

("OMFWSA"), O.R.C. § 4111.03. Current and former employees covered by the Settlement consist of Plaintiff and 289 Class Members certified by the Court and defined as:

> All present and former hourly employees of Defendant in Ohio during the period three years preceding the commencement of this action to the present who worked more than forty hours in one or more workweeks.

Points and authorities supporting approval of the settlement were submitted by the Parties in their Joint Motion for Preliminary Approval of Settlement. (Doc. No. 16). The Parties respectfully supplement that submission with the following information concerning the completion of notice to the Class Members, the results of the notice process, and the proposed distributions to Plaintiff and the Class Members set forth in the Table of Individual Payments.

I. **NOTICE TO SETTLEMENT CLASS MEMBERS WAS COMPLETED**

The Court's Preliminary Approval Order certified the following class pursuant to Fed. R. Civ. P. 23, consisting of:

> All present and former hourly employees of Defendant in Ohio during the period three years preceding the commencement of this action to the present who worked more than forty hours in one or more workweeks.

The Court approved the form of the Notice and directed that it be sent to the Class Members by United States mail. (Doc. No. 17).

Defendant's counsel provided Plaintiff's counsel with a Class List, which contained the names and last-known mailing addresses for 289 individuals. On February 5, 2018, the third-party administrator hired by Plaintiff, Analytics Consulting, LLC, mailed the Court-approved Notice to the Class Members by first-class mail. (Declaration of Jeffrey J. Mitchell, ¶8. Thirty-three notices were returned as undeliverable. *Id.* at ¶10. Further steps to determine those Class Members' current whereabouts, and twenty-four notices were re-mailed to the Class Members. *Id*.

Additionally, five notices were returned from the post-office with forwarding addresses, which were all re-mailed. *Id. at ¶9.* Four address updates received from class members were received by Plaintiff's counsel, and provided to Analytics Consulting, LLC, which re-mailed the notices. *Id. at ¶11.*

## II. THE RESULTS OF THE NOTICE PROCESS FAVOR APPROVAL

The Court-approved Notice gave Eligible Class Members thirty (30) days in which to request exclusion from the Settlement or to object to the Settlement. No Class Member opted out of, or objected to, the Settlement.

## III. THE TABLE OF INDIVIDUAL PAYMENTS SHOULD BE APPROVED

As explained in the Parties' Preliminary Approval Motion, the Individual Payments to the Representative Plaintiff and Class Members represent a substantial percentage of their claimed damages. *See* Doc No. 16, pg. 11. Proposed allocations to the Representative Plaintiff and the Class Members were based on each person's overtime damages.

## IV. CONCLUSION

For the reasons addressed herein and in the Preliminary Approval Motion, the Parties respectfully ask the Court to approve this Settlement and enter the proposed Final Order and Judgment attached as **Exhibit 1**.

Respectfully submitted,

| | |
|---|---|
| *s/ Hans A. Nilges* | *s/ Stephen S. Zashin* |
| Hans A. Nilges (0076017) | Stephen S. Zashin (0064557) |
| Shannon M. Draher (0074304) | Jeffrey J. Wedel (0041778) |
| Nilges Draher, LLC | ZASHIN & RICH CO., L.P.A. |
| 7266 Portage Street, N.W., Suite D | 950 Main Avenue, 4th Floor |
| Massillon, Ohio 44646 | Cleveland, Ohio 44113 |
| Phone: (330) 470-4428 | Telephone: 216-696-4441 |
| Email: hans@ohlaborlaw.com | Facsimile: 216-696-1618 |
|      sdraher@ohlaborlaw.com | Email: ssz@zrlaw.com |
| |      jjw@zrlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

     I hereby certify that on March 22, 2018, the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                    *s/ Stephen S. Zashin*
                                    Stephen S. Zashin (0064557)

                                    *Counsel for Defendant*